IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

IDA-LEE RUDOLPH REMAN,

        Plaintiff,

        v.

DOUGLAS COUNTY, et al.,

        Defendants.
_____

Case No. 6:15-cv-02309-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 25), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the report. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

1 –ORDER

Plaintiff's action is barred by the Tax Injunction Act. Magistrate Judge Coffin's Findings and Recommendation (ECF No. 25) is adopted in full. Defendant's motion to dismiss (ECF No. 6) is GRANTED. This action is dismissed, with prejudice. Amongst other motions, plaintiff moves for sanctions against Magistrate Judge Coffin. (ECF No. 33). Contrary to plaintiff's argument, the Federal Magistrates Act, 28 U.S.C. § 631 *et seq* and Local Rule 72-1 vest Magistrate Judge Coffin with the authority to conduct pretrial proceedings in this matter. All other pending motions are denied.

IT IS SO ORDERED.

DATED this 20th day of July, 2015.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge

2 –ORDER